■ In the Matter of AMY SARAH GWIAZDA, an Attorney. [47 NYS3d 723]—

Per Curiam. Amy Sarah Gwiazda was admitted to practice by this Court in 2006 and lists a business address in Boston, Massachusetts with the Office of Court Administration. Gwiazda now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Gwiazda's application.

Upon reading the affidavit of Gwiazda sworn to September 9, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Gwiazda is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, J.P., Lynch, Clark, Mulvey and Aarons, JJ., concur. Ordered that Amy Sarah Gwiazda's application to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Amy Sarah Gwiazda's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Amy Sarah Gwiazda shall, within 30 days of the date of entry of this order, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.